UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :     **INFORMATION**

        - v. -                 :     04 Cr. 804

VERNON JOHNSON,                   :

        Defendant.            :

------------------------------------x

<u>COUNT ONE</u>

The United States Attorney charges:

1. From in or about November 2003 through on or about March 4, 2004, in the Southern District of New York and elsewhere, VERNON JOHNSON, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that VERNON JOHNSON, the defendant, and others known and unknown, unlawfully, intentionally and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of substances and mixtures containing



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/04

cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

DAVID N. KELLEY
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**VERNON JOHNSON,**

Defendant.

**INFORMATION**

04 Cr.

(Title 21, United States Code, Section 846)

DAVID N. KELLEY
United States Attorney.